**SHA-1 Hash:** 8F2FA788E597FB6B206F93B4DA7669418D35AD4E     **Title** Raw Rescue
**Rights Owner:** Raw Films Ltd.

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 70.90.93.126 | 12/22/2011 19:49 | Washington | DC | Comcast Business Communications | BitTorrent |
| 2 | 68.33.9.165 | 12/30/2011 5:26 | Washington | DC | Comcast Cable | BitTorrent |
| 3 | 68.48.153.7 | 1/7/2012 17:45 | Washington | DC | Comcast Cable | BitTorrent |
| 4 | 68.49.202.219 | 12/6/2011 3:24 | Washington | DC | Comcast Cable | BitTorrent |
| 5 | 68.55.244.57 | 11/22/2011 22:53 | Washington | DC | Comcast Cable | BitTorrent |
| 6 | 69.137.229.94 | 12/11/2011 0:47 | Washington | DC | Comcast Cable | BitTorrent |
| 7 | 76.100.253.66 | 12/21/2011 21:38 | Washington | DC | Comcast Cable | BitTorrent |
| 8 | 98.218.235.52 | 11/5/2011 17:32 | Washington | DC | Comcast Cable | BitTorrent |
| 9 | 98.218.253.164 | 11/20/2011 4:24 | Washington | DC | Comcast Cable | BitTorrent |
| 10 | 98.218.69.38 | 12/20/2011 1:51 | Washington | DC | Comcast Cable | BitTorrent |
| 11 | 216.15.30.225 | 12/1/2011 4:34 | Washington | DC | RCN Corporation | BitTorrent |
| 12 | 216.15.9.52 | 12/30/2011 2:19 | Washington | DC | RCN Corporation | BitTorrent |
| 13 | 108.18.173.240 | 12/16/2011 3:26 | Washington | DC | Verizon Internet Services | BitTorrent |
| 14 | 108.18.174.145 | 12/11/2011 19:49 | Washington | DC | Verizon Internet Services | BitTorrent |
| 15 | 138.88.34.134 | 11/21/2011 11:01 | Washington | DC | Verizon Internet Services | BitTorrent |
| 16 | 141.156.140.34 | 11/25/2011 10:58 | Washington | DC | Verizon Internet Services | BitTorrent |
| 17 | 71.251.54.86 | 12/12/2011 4:07 | Washington | DC | Verizon Internet Services | BitTorrent |
| 18 | 71.255.231.60 | 12/27/2011 1:07 | Washington | DC | Verizon Internet Services | BitTorrent |
| 19 | 96.231.14.199 | 1/7/2012 20:35 | Washington | DC | Verizon Internet Services | BitTorrent |

EXHIBIT A

DC1